UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

Hugo Horacio Zuniga Hernandez,

                        Plaintiff,

   -v-                                            25-CV-4131 (LAK)

Bozzuto's, Inc., et al.,

                        Defendants.

-----------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The May 28, 2025 Order, (DI 5) is vacated.

        SO ORDERED.

July 2, 2025

                                                        /s/ Hon. Lewis A. Kaplan
                                        _____
                                                            Lewis A. Kaplan
                                                    United States District Judge