```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/02/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUGO HORACIO ZUNIGA HERNANDEZ,

                        Plaintiff,                            25-CV-4131 (LAK) (KHP)

     -against-                                     **ORDER ADJOURNING INITIAL**
                                                      **CASE MANAGEMENT**
BOZZUTO'S, INC. and                                **CONFERENCE**
PATRICK MARSHALL.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Order vacating the referral in this matter filed on July 2, 2025 (doc. no 11) the Initial Case Management Conference currently scheduled for **August 5, 2025** is hereby adjourned *sine die*. **The Clerk of Court is directed to remove the referral to the Magistrate Judge in this case.**

       SO ORDERED.

DATED:       New York, New York
                  July 2, 2025

                                                          */s/ Katharine H. Parker*
                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge