

# MARSHALL DENNEHEY

Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005-1801
(212) 376-6400   Fax (212) 376-6490

Direct Dial: (212) 376-6404
Email: smchristman@mdwcg.com

July 2, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/25
```

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** **Hugo Horacio Zuniga Hernandez v. Bozzuto's, Inc. and Patrick Marshall**
    **Civil Case No: 1:25-cv-4131 (LAK) (KHP)**
    **MD File No: 42444.00123**

Honorable Judge Kaplan:

  Our office represents defendants Patrick Marshall and Bozzuto's, Inc. in the above-captioned matter. This matter was removed from Supreme Court, Bronx County, Index No. 808820/2025E, to the United States District Court for the Southern District of New York based on diversity jurisdiction.

  On July 1, 2025, defendants filed a Verified Amended Answer with Counterclaims (DOC #10) which referenced an exhibit including videos. Plaintiff's office received and accessed the videos electronically on the same date. We submit this correspondence requesting Your Honor's permission to file same with the Court and for the Clerk's office to accept a copy of a DVD containing the videos.

  We thank the Court for it's time and attention.

              Respectfully submitted,

              Steven M. Christman, Esq. (SMC-8187)

SMC:ljt
Enclosures

cc: **Via E-mail – eli@eslegalny.com**
   The Law Office of Eli Shmulik, P.C.
   228 East 45th Street – Suite 600
   New York, New York 10017

Hon. Lewis A. Kaplan
July 2, 2025
Page 2

**VIA ECF**
Hon. Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

_____  07/08/25
United States District Judge