UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

Hugo Horacio Zuniga Hernandez,

                Plaintiff,

v.

Bozzuto's, Inc.,, et al.,

                Defendant.

------------------------------ x

25-cv-4131 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2025

## ORDER

       Defendants' attorney Steven M. Christman informed the Court via email, copying plaintiff's counsel, that this case has been settled in principle and the parties are working together to finalize the settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, October 29, 2025, if the settlement is not executed by then.

DATED: September 29, 2025

                                            _____
                                            Lewis A. Kaplan
                                          United States District Judge